## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

CHRISTOPHER EARL STRUNK,                )
                                        )
                  Plaintiff,            )
                                        )
v.                                      )         Civil Action No. 09-1249 (RJL)
                                        )
NEW YORK PROVINCE OF THE                )
SOCIETY OF JESUS, *et al.*,             )
                                        )
                  Defendants.           )
_____)

## ORDER GRANTING FEDERAL DEFENDANTS'
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

THIS CAUSE comes before the Court upon the Federal Defendants' motion to dismiss

Plaintiff's complaint.

UPON CONSIDERATION of the motion, the pertinent portions of the record, and being

otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion is GRANTED. The Federal Defendants

are hereby DISMISSED from this case.

DONE AND ORDERED in Chambers, in Washington, District of Columbia, this _____

day of _____, 20__.


                                        _____
                                        RICHARD J. LEON
                                        UNITED STATES DISTRICT JUDGE